# EXHIBIT 1

⑨

BARtholomew Superior 2    CivilPlinary

Angelito C. Mercado

03D01 1 9 0 9 PL 0 5 4 4 1

V.

PmG Corporation
        ET. Al

F I L E D

SEP 23 2019

CLERK
BARTHOLOMEW CO. COURTS

APPEARANCE

Comes now Plaintiff Angelito C. Mercado makes
An APPEARACE And represents Himself pro-se
in the above Stated Cause. So Said and
filed this 19th day of September 2019

Angelito Mercado

# EXHIBIT 2

Superior Court 2                    Cumulinary

Angelito C. Mercado


    V.

03D01 1 9 0 9 PL 0 5 4 4 1

PMG Corporation, #1
Unknown Employee #2

F I L E D
SEP 23 2019
CLERK
BARTHOLOMEW CO. COURTS


Complaint



Parties.

Plantiff Angelito C. Mercado is A resident of
Indiana and resides at the Bartholomew County
Jail 543 2nd st. Columbus, Ind 47201


Defendant PMG Corporation is A Busness
Entity located at 1751 Arcadia Drive Columbus
Indiana 47201 And the unknown employee
is Employed By PMG Corporation.

②

## STATEMENT of CLAIM

Plaintiff Angelito C. Mercado brings this suit against the PMG Corporation for wrongful Termination And violation of the plaintiffs constitutional Rights. On or about August 27th 2019 this plaintiff was on his second day of Employment At PMG. the plaintiff forgot his time card to clock in and out And notified the Team leader on 3rd shift And the plaintiff was informed By the Team leader that he would manually clock the plaintiff in And out himself. the next Day the plaintiff showed up for work the Team leader Told the plaintiff he was fired Because he clocked out 10 minutes early which was not possible Because the plaintiff never had his time card to clock in or out. the plaintiff had Befriended Another African American Teenager named Shauntavious Davis who on That Day did clock out 10 minutes early And this plaintiff Believes the Team leader Assumed that the plaintiff Also left 10 minutes early Because he was a friend to MR. Davis And hung out with MR. Davis at work. On the 26th of August 2019 the plaintiff Attended orientation And it was Explained to the plaintiff By

PMB staff that the Policy At PMB was if you clocked out Early you would receive A half point And when you reached 3 points your employment would Be Terminated. So even if the Plaintiff had his time Card to clock out And he did clock out 10 minutes early he should of only received a half But instead the Plaintiff And MR. Davis were Both fired for clocking out early. PMB wrongfully Terminated the plaintiff And Discriminated against the plaintiff Because he is African American and Allowed Employees who were Caucasian who have clocked out Early To remain Employed. PMB is responsible For the violation of the Plaintiffs Rights And liable for Damages To the Plaintiffs Because the Employee or Employee's who wrongfully Terminated the Plaintiff Are Employed By PMB And represent the PMB Corporation. PMB refused To Give the name of the crew leader that fired the plaintiff when A Complaint was Attempted to Be made against the crew leader, who the Plaintiff has made a Defendant in this Suite and named "unknown Employee"



Plaintiff Charges PMG corporation and the unknown name of the Employee who is the 3rd shift crew leader of plant #2 with the following Claims.

    Count 1 - wrongful Termination
    Count 2 - Deliberate Indifference
    Count 3 - Violation of Equal Protection Law
    Count 4 - Violation of the fair labor Standards Act.

All Claims Causing Injury By Loss of liberty Emotional Distress, mental Anguish.

Plaintiff is Suing for Violation of federal law

Plaintiff makes a Jury trial Demand

⑤

## Prayer for Relief

Plaintiff request the Amount of $100,000.00 from Each Defendant.


So Said And filed this 20th day of September 2019


*Angelito Mercado*


Angelito Mercado
Bartholomew County Jail
543 2nd St
Columbus, Ind   47201

# EXHIBIT 3

③

Angelito C. Mercado                                    Civil Plinacy

        v.                            03D01 7909 PL 05441

PMG Corporation
        ET. Al

FILED
SEP 23 2019
CLERK
BARTHOLOMEW CO. COURTS

motion for fee waiver

Comes now Plaintiff Angelito C Mercado pleads to
the Court And files a motion for fee waiver
in the above stated Cause. So said and filed this
19th day of September 2019

                                    Angelito Mercado

## Affidavit of Indigency

I Angelito C. Mercado hereby Swear under the penalty of purgury that I am an Inmate at the Bartholomew County Jail, Am unemployed, have no Income, owns no Bank accounts, no stocks or Bonds and owns nothing of Value, And has no money in his Jail account and therefor is Indigent. So Said and Sworn this 19th day of September 2019

Angelito Mercado

# EXHIBIT 4

STATE OF INDIANA      )     IN THE _____ COURT

                               )

COUNTY OF                 )     CASE NO   __03D01-1909-PL-5441____

ANGELITO C. MERCADO _____
Petitioner

v.

PMG CORPORATION #1 _____
Respondent. Unknown Employee #2

## ORDER ON FEE WAIVER

      The Petitioner, has filed a Verified Motion for Fee Waiver, which the Court has read and finds should be granted.

      **IT IS THEREFORE ORDERED** that Petitioner may file this case:

    __X__ without the pre-payment of any filing fees, costs, security, bond, or other expenses; or

    _____ upon the pre-payment of $_____which is a portion of the filing fee set by statute. Such sum must be paid by the Petitioner to the Clerk within the next 20 days.

      The Court will determine whether any or additional costs are to be paid at a preliminary or final hearing in this case.

__September 25, 2019__
Date

Judicial Officer

Distribution:

ANGELITO C. MERCADOO _____
PMG CORPORATION #1 _____
UNKNOWN EMPLOYEE #2 _____

# EXHIBIT 5

Plaintiff:                   Superior Court of              Civil Binary

Angelito C. Mercado          03D01 1 9 0 9 PL 0 5 4 4 1
543 2nd
Columbus, Ind 47201                              Summons
                                                 XXX

Defendant:

PMG Corporation
Unknown Employee
1751 ARCADIA DR.
Columbus, Ind 47201

    Serve: PMG Corporation
    To . Unknown Employee
         1751 ARCADIA DR
         Columbus, Ind 47201

Serve Summons on Behalf of Plaintiff: Angelito Mercado
                                      543 2nd
**SEP 25 2019**    Jay Phelps         Columbus, 2nd 472

Plaintiff Angelito C Mercado to All named Defendants.
You Are hereby Being Sued in the Court named
above. failure To Answer the Complaint in 30
days Could result in Default Judgement against
You.

USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201



9214 8901 9403 8390 9960 91

UNKNOWN EMPLOYEE
C/O: PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

# EXHIBIT 6

Plaintiff:            Superior Court 2            Civil Plenary

Angelito C. Mercado            03D01 1 9 0 9 PL 0 5 4 4 1
543 2nd
Columbus, Ind 47201                        Summons
                                              XXX

Defendant:

PMG Corporation
Unknown Employee
1751 ARCADIA DR.
Columbus, Ind 47201

     Serve: PMG Corporation
     To: Unknown Employee
          1751 ARCADIA DR
          Columbus, Ind 47201

Serve Summons on Behalf of Plaintiff: Angelito Mercado
                                             543 2nd
**SEP 25 2019**        Jay Phelps        Columbus, Ind 472c

Plaintiff Angelito C Mercado to All named Defendants.
You Are hereby Being Sued in the Court named
above, failure To Answer the Complaint in 30
days Could result in Default Judgment against
You.

                                             A Me
                                             9. 20. 19

USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201



9214 8901 9403 8390 9960 60

PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

# EXHIBIT 7



**UNITED STATES**
**POSTAL SERVICE**



RECEIVED

SEP 30 2019

_____ CLERK
BARTHOLOMEW CO. COURTS

September 30, 2019

Dear BARTH CLERK:       03001 - 1909 - PL - 5441

          NO CURRENT HEARINGS

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 9403 8390 9960 91**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 27, 2019, 2:30 pm |
| **Location:** | COLUMBUS, IN 47201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNKNOWN EMPLOYEE |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1751 ARCADIA DR |
| **City, State ZIP Code:** | COLUMBUS, IN 47201-8712 |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Michael Howell* |
| Address of Recipient: | *1751* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 8

 **UNITED STATES**
**POSTAL SERVICE**



September 30, 2019

Dear BARTH CLERK:   *03D01 - 1909 - PL - 5411*
*NO CURRENT HEARINGS.*

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 9403 8390 9960 60**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 27, 2019, 2:30 pm |
| **Location:** | COLUMBUS, IN 47201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | PMG CORPORATION |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1751 ARCADIA DR |
| **City, State ZIP Code:** | COLUMBUS, IN 47201-8712 |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Michael Hewell* |
| Address of Recipient: | *1751* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 9

Angelito C. Mercado                          03D01-1909-PL-005441

    V.

PMG Corporation
      ET. AL

FILED
NOV - 4 2019
BARTHOLOMEW CO. CLERK OF COURTS

Motion for Default Judgment

Comes now Plaintiff Angelito C. Mercado Pleads
To the Court and files a motion for Default
Judgment in Cause 03D01-1909-PL-5441. the
Defendants have failed to Answer the Plaintiffs
Complaint within 30 days. Complaint WAS Served
September 25th 2019. Plaintiff request his
Prayer for relief in the full Amount Be awarded
in Plaintiffs Favor. So said and filed this
31st Day of October 2019

# EXHIBIT 10

Angelito Mercado

V,

PMG

ET.AI



NOV 14 2019

## Motion for Default Judgment

Comes now plaintiff Angelito C. Mercado pleads to the Court
And files a motion for Default Judgment in Cause 03D01-1909-PL-
5441. Defendants have failed to Answer the Complaint within 30
Days As Instructed in the Summons. Plaintiff request Judgment in
favor of the plaintiff and Awarded the full Amount in Relief. So
said And filed this 10th day of November 2019

# EXHIBIT 11

STATE OF INDIANA       )           BARTHOLOMEW SUPERIOR COURT I
                       ) SS:
BARTHOLOMEW COUNTY     )           CAUSE NO: 03D01-1909-PL-5441


ANGELITO C. MERCADO,
    Plaintiff,

VS

PMG CORPORATION
UNKNOWN EMPLOYEE
    Defendant

## **ORDER**

Plaintiff filed Motion for Default Judgment on November 14,
2019, against the Defendant.

The Court finds that the summons and service are not
sufficient.

The Court finds that the summons is not clear if Plaintiff
is serving PMG Corporation or an unknown individual at PMG
Corporation or both.  The Court finds that the summons filed with
the Court is not legible.

IT IS THEREFORE ORDERED BY THE COURT that Plaintiff's Motion
for Default Judgment is hereby denied.

SO ORDERED_____**November 22, 2019**_____.

James D. Worton, Judge
Bartholomew Superior Court I

Cc:

ANGELITO MECARDO

PMG CORPORATION
UNKNOWN EMPLOYEE

# EXHIBIT 12

FILED

NOV 27 2019

CLERK
BARTHOLOMEW CO. COURTS

Notice To the Court

Comes now Plaintiff Angelito C Mercado hereby gives notice to the Court of change of address on Cause numbers 03D01-1909-PL-5441 And Cause 03D01-1911-PL-06392 so said And Submitted this 22nd day of November 2019

Plaintiffs new Address:

_Angel Mercado_

540 1st Street
Columbus, Ind 47201

# EXHIBIT 13

Dear Clerk

RECEIVED
NOV 27 2019
CLERK
BARTHOLOMEW CO. COURTS

Could you Please Send me a Case Summary
Summary on Cause 03D01-1909-PL-5441 and
Cause 03D01-1911-PL-6397 And Enter my
new mailing Address AT Work Release.

Thank you

Angelito Mercado

Angelito Mercado
540 2 St
Columbus, Ind 47201

Angelito Mercado
540 1 st
Columbus, Ind
            47201

25 NOV 2019 PM 2 1

RECEIVED
NOV 27 2019
CLERK
BARTHOLOMEW CO COURTS

Superior Court 1 clerk
Sb 234 Washington Street
Columbus, Ind
            47201

47201-679699

Bartholomew County Court Services
Community Corrections Center
540 1ˢᵗ Street
Columbus, IN 47201

THIS IDENTIFIES THIS CORRESPONDENCE HAVING
BEEN MAILED BY A PARTICIPANT IN THE
BARTHOLOMEW COUNTY
COMMUNITY CORRECTIONS CENTER.

"Warning"
Bartholomew County Court Services is not responsible for
the contents of this correspondence.



# EXHIBIT 14

Angelito C. Mercado                    03D01-1909-PL-5441

        V

PMG

        ET. A]

DEC 1 1 2019

## Motion To Compel

Comes now Plaintiff Angelito C. Mercado pleads to
the Court and files a motion to Compel the
Defendants in Cause 03D01-1909-PL-5441 to Answer
the Plaintiffs Complaint. the Defendants have failed
to Answer the Complaint within 30 days as Advised
in the Summons and under Indiana Rules of Civil
proceedure. A motion for Default Judgment was denied
And the Plaintiff request the Court to order the
Defense to Answer the Complaint. So said and filed
this 5th day of December 2019

                                        Angelito D. Mercado

## Notice to Court

Comes now Plaintiff Angelito C. Mercado gives notice to the Court of An Address Change under Causes 03D01-1911-PC-6397 and 03D01-1909-PL-5441. the plaintiffs new Address is Bartholomew County Mens Work release 540 2nd street Columbus, Ind 47201 so said and submitted this 5th day of December 2019

_Angelito C. Mercado_

Angelito C. Mercado
540 2nd street
Columbus, Ind   47201

# EXHIBIT 15

BARTHOLOMEW COUNTY CLERK
P.O. Box 924 · 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

Process Receipt and Return

| PLAINTIFF Angelito C. Mercado | COURT CASE NUMBER 03D01-1909-PL-5441 |
|---|---|
| DEFENDANT PMG Corporation | TYPE OF PROCESS Certified Mail |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | PMG Corporation |
| | ADDRESS, (Street or County, House Number, City, State and Zip Code) |
| **TO** | 1751 Arcadia Dr    Columbus, IN 47201 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| | SUMMONS |
| | RULE TO SHOW CAUSE |
| | OTHER |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service).

FOLD                                                                                                    FOLD

| Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER |
|---|---|---|

The State of Indiana to Defendant _____ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within ☐ 20 days or ☐ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated December     13    20 19

*[signature]*
Clerk, Bartholomew County Courts

SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / ☐ am ☐ pm |
| | Signature of sheriff or deputy |
| R E M A R K S: | ☐ Further summons was sent by first class mail at the above address. |

SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY
CLERK'S RETURN FOR CERTIFIED MAIL

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ 20 _____

_____
Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐ or signed by another ☐ on _____ 20 _____

Certified mail returned unserved: unclaimed ☐ refused ☐ insufficient address ☐ or other ☐ reason _____

Dated _____ 20 _____

**Clerk, Bartholomew County Courts** Form No. 8

☐ Clerk          ☐ Attorney Notice          ☐ Acknowledgement of Receipt          ☐ Notice to Defendant

USPS CERTIFIED MAIL



Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201

9214 8901 9403 8302 4614 26

PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1910-PL-5441

Postage: $5.6000

# EXHIBIT 16

BARTHOLOMEW COUNTY CLERK
P.O. Box 924 • 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

| PLAINTIFF<br>Angelito C. Mercado | COURT CASE NUMBER<br>03D01-1909-PL-5441 |
|---|---|
| DEFENDANT<br>Unknown Employee | TYPE OF PROCESS<br>Certified Mail |

**SERVE TO**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Unknown Employee   c/o PMG

ADDRESS, (Street or County, House Number, City, State and Zip Code)
1751 Arcadia Dr    Columbus, IN  47201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | SUMMONS |
|---|---|
| | RULE TO<br>SHOW CAUSE |
| | OTHER |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):

FOLD                                                                                                                    FOLD

| Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER |
|---|---|---|

The State of Indiana to Defendant _____ You have been sued by the person(s) named
"plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff
has made and wants from you.

You must answer the complaint in writing, by you or your attorney within  ☐ 20 days or  ☐ 23 days commencing the day after
you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  December          13         20  19                        _____
                                                              Clerk, Bartholomew County Courts

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served. ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and dis-<br>cretion then residing in the de-<br>fendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service \| Time \| ☐ am ☐ pm |
| | Signature of sheriff or deputy |
| REMARKS | ☐ Further summons was sent by first<br>class mail at the above address. |

**SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY**

CLERK'S RETURN FOR CERTIFIED MAIL
I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said def-
endant at the address furnished by the plaintiff.

Dated _____ 20 _____                     _____
                                                              Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐   or signed by another ☐   on _____ 20 _____

Certified mail returned unserved: unclaimed ☐  refused ☐  insufficient address ☐  or other ☐  reason _____

Dated _____ 20 _____                     **Clerk, Bartholomew County Courts**  Form No. 8

☐ Clerk          ☐ Attorney Notice          ☐ Acknowledgement of Receipt          ☐ Notice to Defendant



USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201

9214 8901 9403 8302 4614 88

UNKNOWN EMPLOYEE
C/O: PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

# EXHIBIT 17

STATE OF INDIANA      )          BARTHOLOMEW SUPERIOR COURT I
                      )  SS:
BARTHOLOMEW COUNTY    )          CAUSE NO: 03D01-1909-PL-5441


ANGELITO C. MERCADO,
     Plaintiff

vs.

PMG CORPORATION and
UNKNOWN EMPLOYEE,
     Defendant

## ORDER

Comes now the Court and finds that Plaintiff, Angelito C. Mercado filed a Complaint against the Defendant's PMG Corporation and Unknown Employee on September 23, 2019.

The Court finds that if the Defendant(s) fail to answer this Complaint then the Court may enter a default judgment against them without further hearing.

SO ORDERED_____ **December 16, 2019**_____.


_____
JAMES D. WORTON, Judge
Bartholomew Superior Court I


cc:

ANGELITO MECARDO

PMG CORPORATION
UNKNOWN EMPLOYEE

# EXHIBIT 18

**BARTHOLOMEW COUNTY CLERK**

P.O. Box 924 - 234 Washington St.

Columbus, IN 47202-0924

812-379-1600

CIRCUIT COURT – 812-379-1605

SUPERIOR COURT 1 – 812-379-1603

SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

| PLAINTIFF *Angelito C. Mercado* | COURT CASE NUMBER *03D01-1909-PL-5491* |
|---|---|
| DEFENDANT *PMG Corporation* | TYPE OF PROCESS *Cert Mail* |

**SERVE TO** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*PMG Corporation*

ADDRESS, (Street or County, House Number, City, State and Zip Code)

*1751 Arcadia Dr., Col, IN 41201*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | SUMMONS | X |
| | RULE TO SHOW CAUSE | |
| | OTHER | X Order |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD                                                                                                    FOLD

| Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER |
|---|---|---|

The State of Indiana to Defendant _____ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within ☐ 20 days or ☐ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated *DEC 17* 20 *19* _____

Clerk, Bartholomew County Courts

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time am pm |
| | Signature of sheriff or deputy | |
| R E M A R K S : | ☐ Further summons was sent by first class mail at the above address. | |

**SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY**

**CLERK'S RETURN FOR CERTIFIED MAIL**

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ _____ 20 _____                                        _____

Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐ or signed by another ☐ on ____ _____ 20 ____

Certified mail returned unserved: unclaimed ☐ refused ☐ insufficient address ☐ or other ☐ reason _____

Dated _____ _____ 20 _____                                        **Clerk, Bartholomew County Courts** Form No. 8

**1 CLERK OF COURT**

USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201



9214 8901 9403 8302 6190 49

PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

STATE OF INDIANA  )        BARTHOLOMEW SUPERIOR COURT I
                  ) SS:
BARTHOLOMEW COUNTY  )       CAUSE NO: 03D01-1909-PL-5441

ANGELITO C. MERCADO,
     Plaintiff

vs.

PMG CORPORATION and
UNKNOWN EMPLOYEE,
     Defendant

## <u>ORDER</u>

     Comes now the Court and finds that Plaintiff, Angelito C. Mercado filed a Complaint against the Defendant's PMG Corporation and Unknown Employee on September 23, 2019.

     The Court finds that if the Defendant(s) fail to answer this Complaint then the Court may enter a default judgment against them without further hearing.

     SO ORDERED_____ **December 16, 2019**_____.

_____
JAMES D. WORTON, Judge
Bartholomew Superior Court I

cc:

ANGELITO MECARDO

PMG CORPORATION
UNKNOWN EMPLOYEE

(5)

Superior Court 2                   Conspinacy

Angelito C. Meccado

    V.

                              03D01 1909 PL 05441

PMG Corporation, #1
Unknown Employee #2

                          FILED

                          SEP 23 2019

                          ___ CLERK
                          BARTHOLOMEW CO COURTS


                Complaint


Parties-

Plantiff Angelito C. Meccado is A resident of
Indiana and resides at the Bartholomew County
Jail 543 2nd St. Columbus, Ind. 47201


Defendant PMG Corporation is A Business
Entity located at 1751 Arcadia Drive Columbus
Indiana 47201 And the unknown Employee
is Employed By PMG Corporation.

STATEMENT of CLAIM

Plaintiff Angela C. Mercado brings this Suit against the RMC Corporation for wrongful Termination and violation of the Plaintiff's Constitutional Rights. On or about August 27, 2019 this Plaintiff was on his Second day of Employment at RMC the Plaintiff forgot his time card to clock in and out and notified the Team leader on 3rd Shift and the Plaintiff was informed by the Team leader that he would manually clock the Plaintiff in and out himself the next day. the Plaintiff Should up for work the Team leader Told the Plaintiff he was fired Because he clocked out 10 minutes early which was not possible Because the Plaintiff never had his time card to clock in or out. the Plaintiff had befriend Another African American Teenager named Shaun'tavious Davis who on that day did clock out 10 minutes early And this Plaintiff Believes the Team leader Assumed that the Plaintiff Also left 10 minutes early Because he was a friend to Mr. Davis And hung out with Mr. Davis at work. On the 27th of August 2019 the Plaintiff attended orientation And I

③

PMB Staff that the Policy At PMB
was if you Clocked out Early you
would receive a half point And when
you reached 3 points Your Employment
would Be Terminated. So even if the
Plaintiff had his time card to clock
out And he did clock out 10 minutes
early he should of only received a
half point instead the plaintiff And
me Davis were Both fired for clocking
out early. PMB wrongfully Terminated
the Plaintiff And Discriminated Against
the plaintiff Because he is African
American And Allowed Employees who
were Caucasian who have Clocked
out Early. To remain Employed PMB
is responsible for the Violation of the
Plaintiffs Rights And liable for Damages
to the Plaintiffs Because the Employee or
Employees who wrongfully Terminated the
Plaintiff Are Employed By PMB And
represent the PMB Corporation. PMB
refused To Give the Plaintiff the Crew
leader that fired the plaintiff when
A Complaint was attempted to Be made
Against the crew leader who made the
Plaintiff was made a Defendant in this
Suit. And named "unknown Employee",

(4)

Plaintiff charges PMG corporation and the unknown name of the Employee who is the 3rd shift crew leader of plant #2 with the following claims.

Count 1 - wrongful Termination
Count 2 - Deliberate Indifference
Count 3 - Violation of Equal Protection law
Count 4 - Violation of the Fair labor Standards Act.

All Claims Causing Injury By loss of liberty Emotional Distress, mental Anguish.

Plaintiff is Suing for Violation of federal law

Plaintiff makes a Jury trial Demand

Prayer for Relief

Plantiff request the Amount of 100,000
from Each Defendant.

So Said And filed this 20th day of
September 2019.

*Angela Mercado (signature)*

Angela Mercado
Bartholomew County Jail
543 2nd St
Columbus, Ind 47201

⑤

# EXHIBIT 19

# BARTHOLOMEW COUNTY CLERK

P.O. Box 924 · 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1603
SUPERIOR COURT 2 – 812-379-1610

## Process Receipt and Return

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Angelito C. Mercado | 03D01-1909-PL-5441 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Unknown Employee | Cert mail |

**SERVE TO** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Unknown Employee C/O YMC Corporation

ADDRESS, (Street or County, House Number, City, State and Zip Code)

1751 Arcadia Dr, COL IN 41201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| SUMMONS | X |
| RULE TO SHOW CAUSE | |
| OTHER | X Order |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD                                                                                                          FOLD

| Attorney or other Originator requesting service on behalf of: | TELEPHONE NUMBER |
|---|---|
| ☐ PLAINTIFF  ☐ DEFENDANT | |

The State of Indiana to Defendant _____ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within      ☐ 20 days or      ☐ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you may assert it in your written answer.

Dated  12/17  20 19                                    _____
                                                       Clerk, Bartholomew County Courts

## SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I  ☐ have personally served,  ☐ have legal evidence of service,  ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time              am / pm |
| | Signature of sheriff or deputy | |
| R E M A R K S: | ☐ Further summons was sent by first class mail at the above address. | |

## SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY
### CLERK'S RETURN FOR CERTIFIED MAIL

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ 20 _____                _____
                                               Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐ or signed by another ☐ on _____ 20 ____

Certified mail returned unserved: unclaimed ☐ refused ☐ insufficient address ☐ or other ☐ reason _____

Dated _____ 20 _____                _____
                                               Clerk, Bartholomew County Courts   Form No. 8

**1 CLERK OF COURT**

## USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201



9214 8901 9403 8302 6197 66

UNKNOWN EMPLOYEE C/O PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

STATE OF INDIANA      )          BARTHOLOMEW SUPERIOR COURT I
                      ) SS:
BARTHOLOMEW COUNTY    )          CAUSE NO: 03D01-1909-PL-5441


ANGELITO C. MERCADO,
      Plaintiff

vs.

PMG CORPORATION and
UNKNOWN EMPLOYEE,
      Defendant

## ORDER

Comes now the Court and finds that Plaintiff, Angelito C. Mercado filed a Complaint against the Defendant's PMG Corporation and Unknown Employee on September 23, 2019.

The Court finds that if the Defendant(s) fail to answer this Complaint then the Court may enter a default judgment against them without further hearing.

SO ORDERED_____ **December 16, 2019**_____.




_____
JAMES D. WORTON, Judge
Bartholomew Superior Court I



cc:

ANGELITO MECARDO

PMG CORPORATION
UNKNOWN EMPLOYEE

Superior Court 2                    Cuiplinary

Angelito C. Meccado

    V.

03D01 **7 9 0 9** Pl 0 5 4 4 1

PMG Corporation, # 1
unKnown Employee # 2

F I L E D

SEP 23 2019

CLERK
BARTHOLOMEW CO COURTS

Complaint

Parties -

Plaintiff Angelito C. Mercado is A resident of
Indiana and resides at the Bartholomew County
Jail 543 2nd St. Columbus, Ind 47201

Defendant PMG Corporation is A Business
Entity located at 1751 ARCadia DRive Columbus
Indiana 47201 And the unknown Employee
is Employed By PMG Corporation.

<u>STATEMENT of CLAIM</u>

Plaintiff Angelito C. Mercado brings this
Suit against the PMG Corporation for wrongful
Termination And violation of the plaintiffs
Constitutional Rights. On or about August 27th
2019 this plaintiff was on his second day
of Employment At PMG. the plaintiff forgot
his time card to clock in And out And
notified the Team leader on 3rd Shift And
the plaintiff was Informed By the Team
leader that he would manually clock the
Plaintiff in And out himself. the next
Day the plaintiff Showed up for work
the Team leader Told the plaintiff he was
fired Because he clocked out 10 minutes
early which was not possible Because
the plaintiff never had his time card
to clock in or out. the Plaintiff had Befriended
Another African American Teenager named
ShaunTavious Davis who on That Day did
clock out 10 minutes early And this plainti
Believes the Team leader Assumed that
the plaintiff Also left 10 minutes early
Because he was A friend to Mr. Davis
And hung out with Mr. Davis at Work.
On the 26th of August 2019 the
plaintiff Attended orientation And it
was explained to the plaintiff by

③

PMB staff that the Policy At PMB
was if you clocked out early you
would receive A half point And when
you reached 3 points your employment
would Be Terminated. So even if the
Plaintiff had his time Card to clock
out And he did clock out 10 minutes
early he should of only received a
half But Instead the Plaintiff And
mr Davis were Both fired for clocking
out early. PMB wrongfully Terminated
the plaintiff And Discriminated against
the plaintiff Because he is African
American And Allowed Employees who
were Caucasian who have Clocked
out Early To remain Employed. PMB
is responsible For the violation of the
Plaintiffs Rights And liable for Damages
To the Plaintiffs Because the Employee or
Employees who wrongfully Terminated the
Plaintiff Are employed By PMB And
represent the PMB Corporation. PMB
refused To Give the name of the Crew
leader that fired the plaintiff when
A Complaint was Attempted to Be made
against the Crew leader who the
Plaintiff has made a Defendant in this
Suite And named "unknown Employee"

(4)

Plaintiff Charges PMG Corporation and the unknown name of the Employee who is the 3rd shift crew leader of plant #2 with the following Claims.

      Count 1 - wrongful Termination
      Count 2 - Deliberate Indifference
      Count 3 - Violation of Equal Protection law
      Count 4 - Violation of the fair labor Standards Act.

All Claims Causing Injury By loss of liberty Emotional Distress, mental Anguish.

Plaintiff is Suing for Violation of federal law

Plaintiff makes a Jury trial Demand

⑤

## Prayer for Relief

Plaintiff request the Amount of $^{st}$ 100,000 from Each Defendant.


So said And filed this 20th day of September 2019

Angleto Mercado

Angelito Mercado
Bartholomew County Jail
543 2nd St
Columbus, Ind 47201

# EXHIBIT 20



**UNITED STATES**
**POSTAL SERVICE**

RECEIVED
DEC 17 2019
_____ CLERK
BARTHOLOMEW CO. COURTS

December 17, 2019

Dear BARTH CLERK:   *03D01 - 1909 - PL - 5441*
*NO CURRENT HEARINGS*

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 9403 8302 4614 88**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 16, 2019, 3:43 pm |
| **Location:** | COLUMBUS, IN 47201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNKNOWN EMPLOYEE |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 1751 ARCADIA DR |
| **City, State ZIP Code:** | COLUMBUS, IN 47201-8712 |

**Recipient Signature**

Signature of Recipient: *Reilly*

Address of Recipient: **1751 ARCADIA DR**
**COLUMBUS, IN 47201**

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 21

Plaintiff -            Supsior 1            03D01-1909-PL-5441

Angelito C. Mercado

Defendant

PmG Corporation #1            F I L E D            Summons
                             DEC 1 9 2019            x x x
                             IN OPEN COURT
                             BARTHOLOMEW SUPERIOR CT NO.1

SERVE : PmG Corporation
    TO : 1751 ARCADIA DR.
         Columbus, Indiana  47201


Send Copy of Notice of Service To:

   Angelito C. Mercado
   540  25t
   Columbus, Ind    47201

Serve Summons on Behalf of Plaintiff Angelito Mercado

To Defendant PmG Corporation you are hereby Being
Sued in the Court named above. fAilure to Answer
the Complaint in 30 days Could result in default
Judgment against you

12-16-19

STATE OF INDIANA          )          BARTHOLOMEW SUPERIOR COURT I
                          ) SS:
BARTHOLOMEW COUNTY        )          CAUSE NO: 03D01-1909-PL-5441


ANGELITO C. MERCADO,
      Plaintiff,

VS

PMG CORPORATION
UNKNOWN EMPLOYEE
      Defendant

## ORDER

Plaintiff filed Motion for Default Judgment on November 14, 2019, against the Defendant.

The Court finds that the summons and service are not sufficient.

The Court finds that the summons is not clear if Plaintiff is serving PMG Corporation or an unknown individual at PMG Corporation or both.  The Court finds that the summons filed with the Court is not legible.

IT IS THEREFORE ORDERED BY THE COURT that Plaintiff's Motion for Default Judgment is hereby denied.

SO ORDERED_____**November 22, 2019**_____.

_____
James D. Worton, Judge
Bartholomew Superior Court I


Cc:

ANGELITO MECARDO

PMG CORPORATION
UNKNOWN EMPLOYEE

# EXHIBIT 22

**BARTHOLOMEW COUNTY CLERK**
P.O. Box 924 · 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1625
SUPERIOR COURT 2 – 812-379-1610

## Process Receipt and Return

| PLAINTIFF Angelito C. Mercado | COURT CASE NUMBER 03D01-1909-PL-5441 |
|---|---|
| DEFENDANT ~~#1~~ Unknown Employee #2 | TYPE OF PROCESS Certified mail |

**SERVE TO** ➤ 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~#1~~ ~~Cecil~~ Unknown Employee Defendant #2

ADDRESS, (Street or County, House Number, City, State and Zip Code)
1751 Arcadia Dr. Columbus, Ind 47201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Angelito Mercado
540 2st street
Columbus, Ind 4720l

| | |
|---|---|
| SUMMONS ✗ | |
| RULE TO SHOW CAUSE | |
| OTHER | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD                                                                 FOLD

---

| Attorney or other Originator requesting service on behalf of: Angelito Mercado | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER |
|---|---|---|

The State of Indiana to Defendant ~~#1~~ Unknown Employee #2 _____ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within ☑ 20 days or ☐ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated 12-16-19 _____ 20 19

_____
Clerk, Bartholomew County Courts

**20 ✗   SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am pm |
| | Signature of sheriff or deputy | | |
| R E M A R K S : | ☐ Further summons was sent by first class mail at the above address. | | |

**SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY**
CLERK'S RETURN FOR CERTIFIED MAIL

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ 20 _____

_____
Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐   or signed by another ☐   on _____ 20 _____

Certified mail returned unserved: unclaimed ☐   refused ☐   insufficient address ☐   or other ☐   reason _____

Dated _____ 20 _____

**Clerk, Bartholomew County Courts**   Form No. 8

**1 CLERK OF COURT**

USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201



9214 8901 9403 8302 9376 79

UNKNOWN EMPLOYEE DEFENDANT #2
C/O: PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

# EXHIBIT 23



**UNITED STATES POSTAL SERVICE**

December 20, 2019

RECEIVED
DEC 20 2019
CLERK
BARTHOLOMEW CO COURTS

Dear BARTH CLERK:

*03001- 1909 -PL -5441*
*No Current Hearings*

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 9403 8302 6190 49.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 19, 2019, 3:51 pm |
| **Location:** | COLUMBUS, IN 47201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | PMG CORPORATION |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1751 ARCADIA DR |
| **City, State ZIP Code:** | COLUMBUS, IN 47201-8712 |

## Recipient Signature

Signature of Recipient: *F. DOW1F*

Address of Recipient: *1751 Arcadia*
*Col IN 47201*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 24



**UNITED STATES POSTAL SERVICE**

December 20, 2019

G3D01-1909-PL-5441
NO CURRENT HEARINGS

RECEIVED DEC 20 2019 CLERK BARTHOLOMEW CO COURTS

Dear BARTH CLERK:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 9403 8302 6197 66**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 19, 2019, 3:51 pm |
| **Location:** | COLUMBUS, IN 47201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNKNOWN EMPLOYEE C O PMG CORPORATION |

### Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1751 ARCADIA DR |
| **City, State ZIP Code:** | COLUMBUS, IN 47201-8712 |

### Recipient Signature

Signature of Recipient: *F. DOWNS*

Address of Recipient: *1751 Arcadia, Col IN 47201*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 25

First Call Staffing

8733 Founders Road

Indianapolis, IN 46268

317-802-1094

Bartholomew County Superior Court 1

P.O. Box 924

234 Washington Street

Columbus, IN 47202-0924

812-379-1600

To whom it may concern,                                                                12-18-2019

First Call has received from their customer PMG information regarding Court Case Number 03D01-1909-PL-5441. Angelito C. Mercado's complaint with his employer should be First Call Staffing. First Call Staffing was his employer during his time worked at PMG. PMG did not employ directly or pay Mr. Mercado. If there are any questions please feel free to reach out to me at any time.

Thank you.

Jennifer Bosler

V.P. Operations

# EXHIBIT 26

Notice to the Court

FILED
JAN - 6 2020
CLERK
BARTHOLOMEW CO. COURTS

Comes now Plaintiff Angelito C. Mercado gives notice
To the Court for Change of Address under Cause
03 D01-1911-PL-6397 And 03-D01-1909-PL-5441 the Plaintiffs
new address is Bartholomew County Jail 543 2nd street
Columbus, Ind 47201. So said And Submitted this 2nd
day of January 2020.

Angelito Mercado

# EXHIBIT 27

Angelito C. Mercado                          03D01-1909-PL-5441

   V.

PMG #1
Unknown Employee #2



FILED
JAN - 6 2020
CLERK
BARTHOLOMEW CO. COURTS

### motion for Default Judgment

Comes now plaintiff Angelito C. Mercado pleads to
the Court And files A motion for Default Judgment
in Cause 03D01-1909-PL-5441. Both Plaintiffs PMG and
the unknown name of the Employee of PMG have failed
To obey the order of the Court And Answer the
Complaint. it is now going into the 4th month That the
Defendants have failed To Answer the complaint, Plaintiff
request an order for Default Judgment in favor of
the Plaintiff Be entered for the full amount Requested
in the prayer for relief. So Said And filed this 2nd
day of January 2020.

                                        Angelito Mercado



# EXHIBIT 28

STATE OF INDIANA        )              BARTHOLOMEW SUPERIOR COURT I
                        ) SS:
BARTHOLOMEW COUNTY      )              CAUSE NO: 03D01-1909-PL-5441


ANGELITO C. MERCADO,
     Plaintiff

vs

PMG CORPORATION and
UNKNOWN EMPLOYEE,
     Defendant

## ORDER

Comes now the Court and finds that the Court received a
letter form First Call Staffing on December 23, 2019.

The Court being duly advised cannot take action on the basis
of a letter.  All filings must follow the Indiana Trial Rules.
The fact that the Plaintiff worked for a temp agency may or may
not have effect on whether or not he can file suit against PMG.
This letter does not suffice as an answer under the trial rules.
Defendant should contact legal counsel in this matter.

**January 6, 2020**

SO ORDERED_____.


_____
JAMES D. WORTON, Judge
Bartholomew Superior Court I

cc:

FIRST CALL STAFFING

PMG

UNKNOWN EMPLOYEE WITH PMG

ANGELITO C. MERCADO

# EXHIBIT 29

```
STATE OF INDIANA      )            BARTHOLOMEW SUPERIOR COURT I
                      ) SS:
BARTHOLOMEW COUNTY    )            CAUSE NO: 03D01-1909-PL-5441
```

ANGELITO C. MERCADO,
     Petitioner

vs.

PMG #1
UNKNOWN EMPLOYEE,
     Defendants

## **ORDER**

Comes now the Court and finds that the Petitioner, Angelito c. Mercado filed a Motion for Default Judgment on January 6, 2020.

The Court being duly advised now sets this matter for hearing on the **9th day of March, 2020 at 1:30 P.M.**

SO ORDERED ___1/7/2020_____ .

*James D. Worton*
_____
JAMES D. WORTON, Judge
Bartholomew Superior Court I

cc:

FIRST CALL STAFFING

PMG

UNKNOWN EMPLOYEE WITH PMG

ANGELITO C. MERCADO
C/O BCJ

# EXHIBIT 30

BARTHOLOMEW COUNTY CLERK
P.O. Box 924 • 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

| PLAINTIFF<br>Angelito C. Mercado | COURT CASE NUMBER<br>03D01-1909-PL-5441 |
|---|---|
| DEFENDANT<br>PMG Corporation, Unknown Employee | TYPE OF PROCESS<br>Certified Mail |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | PMG Corporation |
| **TO** | ADDRESS, (Street or County, House Number, City, State and Zip Code)<br>1751 Arcadia Dr    Columbus, IN 47201 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | SUMMONS | |
| | RULE TO<br>SHOW CAUSE | |
| | OTHER | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD                                                                                                                    FOLD

| Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | |
|---|---|---|---|

The State of Indiana to Defendant _____ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within    ☐ 20 days or    ☐ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  January            7        20  20        _____
                                                        Clerk, Bartholomew County Courts

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | ☐ am ☐ pm |
| | Signature of sheriff or deputy | | |
| R E M A R K S | ☐ Further summons was sent by first class mail at the above address. |

SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY
CLERK'S RETURN FOR CERTIFIED MAIL

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ 20 _____        _____
                                                        Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐    or signed by another ☐    on _____ 20 ____

Certified mail returned unserved: unclaimed ☐    refused ☐    insufficient address ☐    or other ☐    reason _____

Dated _____ 20 _____        **Clerk, Bartholomew County Courts**  Form No. 8

☐ Clerk          ☐ Attorney Notice          ☐ Acknowledgement of Receipt          ☐ Notice to Defendant

USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201



9214 8901 9403 8303 6588 87

PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

# EXHIBIT 31

BARTHOLOMEW COUNTY CLERK
P.O. Box 924 · 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

| | |
|---|---|
| PLAINTIFF<br>Angelito C. Mercado | COURT CASE NUMBER<br>03D01-1909-PL-5441 |
| DEFENDANT<br>PMG Corporation, Unknown Employee | TYPE OF PROCESS<br>Certified Mail |

**SERVE TO**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Unknown Employee   c/o PMG Corporation

ADDRESS, (Street or County, House Number, City, State and Zip Code)
1751 Arcadia Dr      Columbus, IN  47201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| | SUMMONS |
| | RULE TO<br>SHOW CAUSE |
| | OTHER |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD                                                                                          FOLD

| Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | |
|---|---|---|---|

The State of Indiana to Defendant _____ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within ☐ 20 days or ☐ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated __January___ ___7___ 20 _20_

Clerk, Bartholomew County Courts

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation. etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and dis-<br>cretion then residing in the de-<br>fendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service \| Time \| ☐am ☐pm |
| | Signature of sheriff or deputy |
| R E M A R K S | ☐ Further summons was sent by first<br>class mail at the above address. |

**SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY**
**CLERK'S RETURN FOR CERTIFIED MAIL**

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ 20 _____

Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐   or signed by another ☐   on _____ 20 _____

Certified mail returned unserved: unclaimed ☐   refused ☐   insufficient address ☐ or other ☐ reason _____

Dated _____ 20 _____

**Clerk, Bartholomew County Courts**   Form No. 8

| ☐ Clerk | ☐ Attorney Notice | ☐ Acknowledgement of Receipt | ☐ Notice to Defendant |
|---|---|---|---|

USPS CERTIFIED MAIL

Bartholomew County Indiana
234 Washington St Ste 105
Columbus, IN 47201



9214 8901 9403 8303 6589 62

UNKNOWN EMPLOYEE
C/O: PMG CORPORATION
1751 ARCADIA DR
COLUMBUS IN 47201-8712

Username: Bartholomew County Clerk (barthcoclerk@bartholomew.in.gov)
Return Ref#: 03D01-1909-PL-5441

Postage: $5.6000

# EXHIBIT 32



**UNITED STATES
POSTAL SERVICE**

January 10, 2020

Dear BARTH CLERK:   03D01- 1909 - PL - 5441
                     3/9/20  Hearing



RECEIVED

**JAN 10 2020**

CLERK
BARTHOLOMEW CO COURTS

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 9403 8303 6588 87**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 9, 2020, 2:35 pm |
| **Location:** | COLUMBUS, IN 47201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | PMG CORPORATION |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1751 ARCADIA DR |
| **City, State ZIP Code:** | COLUMBUS, IN 47201-8712 |

## Recipient Signature

Signature of Recipient:    Jenifer Muffett

Address of Recipient:    1751 Arcadia
                         Columbus IN 4724

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 33



**UNITED STATES POSTAL SERVICE**



January 10, 2020

Dear BARTH CLERK:

*03D01- 1909- PL- 5441*
*3/9/20 Hearing*

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 9403 8303 6589 62**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 9, 2020, 2:35 pm |
| **Location:** | COLUMBUS, IN 47201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNKNOWN EMPLOYEE |

### Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1751 ARCADIA DR |
| **City, State ZIP Code:** | COLUMBUS, IN 47201-8712 |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Jenifer Mutton* |
| Address of Recipient: | *1751 Arcadia*<br>*Columbus IN 4724* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 34

STATE OF INDIANA        )      BARTHOLOMEW SUPERIOR COURT I
                             ) SS:
COUNTY OF BARTHOLOMEW   )      CAUSE NO. 03D01-1909-PL-5441

ANGELITO C. MERCADO,      )
                             )
        Plaintiff,      )
                           )
    v.                  )
                           )
PMG CORPORATION        )
UNKNOWN EMPLOYEE,     )
                           )
        Defendants.    )

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants, PMG Indiana LLC, misidentified in the Complaint as PMG Corporation, and Unknown Employee of PMG, by counsel, respectfully notify this Court that on January 24, 2020, they filed in the United States District Court for the Southern District of Indiana, Indianapolis Division, a Notice of Removal of the above-captioned cause of action.  Pursuant to 28 U.S.C. § 1446(d), this Court shall take no further action in this matter unless and until this matter is remanded.  A copy of the Notice of Removal, together with exhibits, is attached hereto as **Exhibit 1**.

Respectfully submitted

*/s/ Laurie E. Martin*
Laurie E. Martin (#26877-49)
lmartin@hooverhullturner.com
Kristofer S. Wilson (#32805-19)
kwilson@hooverhullturner.com
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel:    (317) 822-4400
Fax:   (317) 822-0234

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that a copy of the foregoing has been served via the Court's electronic filing system this 24th day of January 2020, upon the following:

Angelito Mercado
c/o Bartholomew County Jail
543 2nd St.
Columbus, Indiana 47201


/s/ Laurie E. Martin
Laurie E. Martin

1079150