**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ANGELITO C. MERCADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-285-RLY-MJD |
| | ) | |
| PMG CORPORATION, | ) | |
| UNKNOWN EMPLOYEE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, all

claims in the above-captioned matter are hereby dismissed, with prejudice, with each party to

bear its own costs, attorney fees and expenses.

SO ORDERED this 3rd day of April, 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution List:
Service will be made electronically on all registered counsel of record via email generated by the
Court's ECF system (Odyssey File & Serve).

U.S. Mail Distribution to:     Angelito Mercado, c/o Bartholomew County Jail, 543 2nd St.,
                               Columbus, Indiana 47201